# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

STEVEN FRIEDMAN, MD, INDIVIDUALLY : No. 494 EAL 2016
AND AS EXECUTOR OF THE ESTATE :
OF GAIL FRIEDMAN, DECEASED, :
                                  : Petition for Allowance of Appeal from
          Petitioner : the Order of the Superior Court
                                  :
                                  :
          v. :
                                  :
                                  :
DEVON MANOR AND HEARTLAND :
PHARMACY OF PA LLC, AND HCR :
MANOR CARE, INC., :
                                  :
          Respondents :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.